No. 15,982.

COOKE *v.* COOKE.
(189 P. [2d] 454)

Decided January 26, 1948.

PER CURIAM.

Judgment affirmed in department without written opinion, MR. CHIEF JUSTICE BURKE, MR. JUSTICE JACKSON and MR. JUSTICE LUXFORD, participating.

Messrs. SCHEY & SCHEY, Mr. DUDLEY I. HUTCHINSON, JR., Mr. DUDLEY I. HUTCHINSON, for plaintiff in error.

Mr. JOSEPH P. CONSTANTINE, for defendant in error.